BYRNE (MILBURNE v.). See Case No. 9,-542.

BYRNE (WILLIAMS v.). See Case No. 17,-718.

---

## Case No. 2,273.

### BYRNES v. The ALEXANDRIA.

[The case reported under above title in 8 Reporter, 390, is the same as Case No. 179.]